[No. 29093-6-II. Division Two. September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MICHAEL BULLERI-TILFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-05604-4, Frederick W. Fleming, J., entered July 18, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 29103-7-II. Division Two. September 30, 2003.]

LUELLA PATTON, *Respondent*, v. DENNIS BROWN, ET AL., *Defendants*, MALCOLM MORENO, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skamania County, No. 00-2-00083-1, E. Thompson Reynolds, J., entered July 7, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 29202-5-II. Division Two. September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HOWARD MASON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00832-1, James J. Stonier, J., entered July 16, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 29281-5-II. Division Two. September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ARTHUR TRINER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-05395-9, D. Gary Steiner, J., entered August 30, 2002. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.